904 F.2d 695
 Hostler (John W.), on Behalf of, NLRB
v.
Dist. 2, UMWA, Dist. 4, UMWA, Dist. 5, UMWA, Local Union
2494, UMWA, Local Union 2193, UMWA, Local Union 1680, UMWA,
Local Union 1848, UMWA, Local Union 1988, UMWA, Local Union
1257, UMWA, Local Union 488, UMWA, Local Union 3548, UMWA,
Local Union 2239, UMWA, Local Union 600, UMWA, Local Union
2299, UMWA, Local Union 2221, UMWA, Local Union 2153, UMWA,
Local Union 2283, UMWA, Local Union 1412, UMWA, Local Union
1520, UMWA, Local Union 1980,
 NO. 89-3647
 United States Court of Appeals,
Third Circuit.
 MAY 22, 1990
 
 Appeal From: W.D.Pa.,
 Smith, J.
 
 
 1
 AFFIRMED.